CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 21 2008
Feb 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Nathaniel Brown

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Nery Mangual,

Chicago Police
Detective (Name
unknown)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1078
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

JURY DEMAND

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 (a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I.  Plaintiff(s):

   A.  Name: Nathaniel Brown
   B.  List all aliases: NONE
   C.  Prisoner identification number: 20070050795
   D.  Place of present confinement: Cook County Department of Corrections
   E.  Address: P.O. Box 089002 - Chicago Ill, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Nery Manqual
       Title: Landlord
       Place of Employment: Unknown

   B.  Defendant: Name (Unknown)
       Title: Chicago Police Detective
       Place of Employment: 11th District Police Department

   C.  Defendant: 
       Title: 
       Place of Employment: 

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.　**Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.　Is there a grievance procedure available at your institution?

        YES ( )　　NO ( )　If there is no grievance procedure, skip to F.

    B.　Have you filed a grievance concerning the facts in this complaint?

        YES ( )　　NO ( )

    C.　If your answer is **YES**:

        1.　What steps did you take?



        2.　What was the result?

        3.　If the grievance was not resolved to your satisfaction, did you appeal?

    What was the result (if there was no procedure for appeal, so state.)

    D.　If your answer is **NO**, explain why not:

3

E.   Is the grievance procedure now completed? YES ( )   NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.   If your answer is **YES**:

   1. What steps did you take?

   _N/A_

   _____

   _____

   2. What was the result?

   _N/A_

   _____

   _____

H. If your answer is **NO**, explain why not:

_____

_____

_____

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 19th 2006 defendant Nery Mangual gave a false statement to a Chicago Police Detective (name unknown) accusing plaintiff of residential burglary. Defendant Nery Mangual threatened plaintiff with a (weapon machette) holding plaintiff against plaintiff's will until the C.P.D. arrived. I the plaintiff was walking west on the 2900 block of west Adams, Chicago Illinois, when I was illegally stopped and detained by Defendant Nery Mangual. This incident occured at 2pm as the defendant viciously cursed and screaming "you broke in my building". The plaintiff later found out that the alleged crime committed was 12 hours before I was arrested. Defendant Nery Mangual's state of mind was irrational. He recklessly made a decision that would affect the plaintiff's freedom as well as life, but did not care. The plaintiff was wrongfully arrested and 8 months later acquitted by a jury. This constitutes false charges/and accusations and violates Mr. Brown's Due Process rights by the 14th Amendment Due process to the United States Constitution to the United States Constitution of America.

On September 19th, 2006 a Chicago Police Detective (name unknown) filed a false police report of a residential burglary, knowing that plaintiff Nathaniel Brown did not fit the description of a burglary suspect described by the victim 12 hours before an arrest would be made. There was no line up, or any - fitting description prior to what plaintiff was wearing. This constitutes a violation of Mr. Brown's 14th Amendment Due process of the United State Constitution to the United States Constitution of America.

Defendant Chicago Police Detective (name unknown) proceeded another false testimony to a (Secret Grand Jury) for a Indictment. The plaintiff was also Quoted saying "I committed this offense to support my drug habbit." The plaintiff was indicted but 8 months later acquitted by a jury. Giving false testimony to a Grand Jury also violates Mr. Brown's 14th Amendment Due Process of the United States Constitution to the United States Constitution of America

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I the plaintiff request compensatory damages for 8 months of day to day IRRAPRRIBLE harm, Plaintiff request a sum of 100,000 thousand dollars, ONE HUNDRED THOUSAND DOLLARS, Plaintiff request Punitive damages in a sum of 100,000 thousand dollars, ONE HUNDRED THOUSAND DOLLARS, for the reckless, Melicious, malice actions of the Defendant(s)

CERTIFICATION

By signing this Complaint, I certify that the facts in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  15  day of  Febuary , 20 08

Nathaniel Brown
(Signature of plaintiff or plaintiffs)

Nathaniel Brown.
(Print name)

200700050795
(I.D. Number)

Institution P.O. Box 089002 Chicago Ill, 60608. Home Address 1652 W. Warren Blvd, Chicago Ill, 60612
(Address)

8

```
Inq    CIMIS #:2006-0073012      Disch Date New                Date/Birth    Age
Reqst                             5-21-2007 Finding of Not Guil 11-18-1970   36
Name:BROWN, NATHANIEL
                                 ┌─ General ──────────────────────────────────┐
     Document Type: I              Action Date:      5-21-2007
      Case Number: 06CR22482       Sentence Eff Date:  -    -
      Action Code: NGLT            Fine Amount:           0.00
                                 └─ Bond ─────────────────────────────────────┘
       Bond Type:                  Bond Amount:           0.00
     Bond Number:                  Bond Date:        5-21-2007
                                 ┌─ Court ────────────────────────────────────┐
      Court Date:    -    -        Jury Trial:
  County of Pros: Cook
    Court Branch:                  Sending Judge: SACKS
      Next Judge:
    Day or Night:

Alt                                                              Caps=Num
Press the ENTER key to continue.

            3Charges              6InqMenu            8MainMen 9CaseMen 0DoAnthr
                                                        Transfer complete.
```