UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**FILED**
FEB 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Nathaniel Brown
_____
Plaintiff

v.

Nery Mangual / C.P.D. Detective
_____
Defendant(s)

08CV1078
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

Whenever ___ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Nathaniel Brown, declare that I am the ✓ plaintiff __ petitioner __ movant (other _____) in the above-entitled case. This affidavit constitutes my application to proceed without full prepayment of fees, or in support of my motion for appointment of counsel, or both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes   ___ No   (If "No", go to Question 2)
   I.D. #20070050715   Name of prison or jail: Cook County Department of Corrections
   Do you receive any payment from the institution?   ___ Yes   ✓ No   Monthly amount: _____

2. Are you currently employed?   ___ Yes   ✓ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: Jan, 2006
      Monthly salary or wages: $1,200 Monthly
      Name and address of last employer: Shena Brown 1652 W. Warren Blvd. Chicago Illinois 60612

   b. Are you married?   ___ Yes   ✓ No
      Spouse's monthly salary or wages: _____
      Names and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months, have you or anyone else living at the same address received more than $200 from and of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*
   a. Salary or wages   ✓ Yes   ___ No
      Amount _____   Received by _____

b. ___ Business ___ Profession ___ Other self-employment　___ Yes ___ No
　Amount _____ Received by _____
c. ___ Rent payments ___ Interest ___ Dividends　___ Yes ___ No
d. ___ Pensions ___ Social Security ___ Annuities ___ Life insurance ___ Disability
　___ Workers' compensation ___ Unemployment ___ Welfare ___ alimony or maintenance
　___ child support　___ Yes ___ No
　Amount _____ Received by _____
e. ___ Gifts ___ Inheritances　___ Yes ___ No
　Amount _____ Received by _____
f. ___ Any other sources (state source: _____ )　___ Yes ___ No

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ___ Yes ___ No
   In whose name held: _____　Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ___ Yes ___ No
   In whose name held: _____　Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartment, condominiums, cooperatives, two-flats, three-flats, etc.)? ___ Yes ___ No
   Address of property: _____
   Type of property: _____　Current value: _____
   In whose name held: _____　Relationship to you: _____
   Amount of monthly mortgage or loan payments: _____
   Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ___ Yes ___ No
   Property: _____
   Current value: _____
   In whose name held: _____　Relationship to you: _____

8. List the persons who are dependent on you for support, state you relationship to each person and indicate how much you contribute monthly to their support. If none, check here ___ No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2/15/08

*Nathaniel Brown*
Signature of Applicant

Nathaniel Brown
Print Name

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate instutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by <u>each institution</u> where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D. # _____, Has the sum of $ _____ on account to his/her credit at (name of institution) _____. I furhter certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months, the applicant's average monthly deposit was $ _____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months.)

_____                                  _____
Date                                            Signature of Authorized Officer

                                                _____
                                                Print Name



| | | | |
|---|---|---|---|
| 20070050795 - BROWN, NATHANIEL | | | |
| **BALANCE: $75.59** | | | |
| Stamp | Transaction | Amount | Balance |
| 02/08/2008 | CREDIT | 75.00 | 75.59 |
| 01/30/2008 | ORDER DEBIT | -10.46 | 0.59 |
| 01/21/2008 | RETURN CREDIT | 0.51 | 11.05 |
| 01/16/2008 | ORDER DEBIT | -39.47 | 10.54 |
| 01/04/2008 | CREDIT | 50.00 | 50.01 |
| 08/14/2007 | ORDER DEBIT | -0.77 | 0.01 |
| 07/17/2007 | ORDER DEBIT | -0.17 | 0.78 |
| 07/10/2007 | CREDIT | 0.95 | 0.95 |

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved