March 7, 2008

Next Court Date: 3/14/08

To whomever it may concern,

Case No. 08C 1078
Judge Leinenweber
Magistrate Judge Nolan

FILED
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I have a civil matter in your court and I was asked by your office to have the authorized person at this correctional institution (Cook County Jail) to complete the certificate attatched here to this letter from 1983 forms that I've filed. The certificate as you know was to be completed by the institution varifying the amount of funds and securities on deposit to my credit in any account for in the institution, where I'm detained for the six month period immediately preceding the filing of my complaint. However; prior to your request I have asked Monica Collins (social-worker who's authorized by this institution to complete this certificate) for her service to do so, but Ms. Collins refused to do this simple task. Although I expained to Ms. Collins the reason for my request; she replied, "I'm not going to bother with this certificate because it isn't necessary." I then asked her for a grievance form because this document is needed for services, but Ms. Collins stated to me, "When you're done filling out a grievance prepare yourself to be removed from this drug program back to general population." So I disregarded a grievance procedure. I was told over the telephone (3 way line) by someone at your office that the certificate from the 1983 forms MUST be completed by this institution and that is why the certificate was returned to me. The fact is, by the certificate being incompleted it may delay any further services from the Clerk of the U.S. District Court. To whomever this letter may concern, I've done everything to the best of my ability to comply with the instructions given from your office to continue the procedings in Case No. 08C 1078.

→



It appears that the staff here at the Cook County Department of Corrections including the Social Workers office and the institution's Law Librarys, have no regards whatsoever as to the requests from me, or the Office of the Clerk of the U.S. District Court Prisoner Correspondence. Therefor I'm asking if possible that someone from your office assist me in getting this institution to cooperate with the requests needed for the proceedings of case No. 08C 1078 if necessary.

Respectfull Submitted

Nathaniel Brown
Nathaniel Brown



| | 20070050795 - BROWN, NATHANIEL | | |
| | **BALANCE: $75.59** | | |
| Stamp | Transaction | Amount | Balance |
| 02/08/2008 | CREDIT | 75.00 | 75.59 |
| 01/30/2008 | ORDER DEBIT | -10.46 | 0.59 |
| 01/21/2008 | RETURN CREDIT | 0.51 | 11.05 |
| 01/16/2008 | ORDER DEBIT | -39.47 | 10.54 |
| 01/04/2008 | CREDIT | 50.00 | 50.01 |
| 08/14/2007 | ORDER DEBIT | -0.77 | 0.01 |
| 07/17/2007 | ORDER DEBIT | -0.17 | 0.78 |
| 07/10/2007 | CREDIT | 0.95 | 0.95 |

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 7, 2008

*Nathaniel Brown*
Signature of Applicant

*Nathaniel Brown*
Print Name

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate instutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account— prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D. #_____, Has the sum of $_____ on account to his/her credit at (name of institution)_____. I furhter certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months, the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months.)

_____                    _____
Date                                       Signature of Authorized Officer

                                          _____
                                          Print Name