# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1078 | **DATE** | April 9, 2008 |
| **CASE TITLE** | Nathaniel Brown vs. Nery Mangual, Unknown Chicago Police Officer | | |

**DOCKET ENTRY TEXT**

Brown has filed an IFP application and financial affidavit [3]. Brown has attached a statement from his trust fund account, but the Certificate to be completed by an authorized officer at his institution of incarceration is blank. The Court has received a letter from Brown dated March 7, 2008 explaining that the authorized officer at his institution, the Cook County Jail, has refused to complete this certificate. The Court orders an authorized officer at this institution to complete the Certificate on Brown's IFP application.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|