# United States District Court
## Northern District of Illinois
### Eastern Division

Nathaniel Brown                                    **JUDGMENT IN A CIVIL CASE**

      v.                                          Case Number: 08 C 1078

Nery Mangual, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, Nathaniel Brown's motion for leave to file in forma pauperis is granted. The complaint is dismissed pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim, terminating case. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. §1915(g)

                                                   Michael W. Dobbins, Clerk of Court

Date: 4/9/2008                            _____

                                                   /s/ Wanda A. Parker, Deputy Clerk